IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RODNEY A. FOX                                                                                           PLAINTIFF

     v.                                          Civil No. 12-3034

SHERIFF ROGER VICKERS;
and JAIL ADMINISTRATOR
NATHAN ROGERS                                                                                      DEFENDANTS

### ORDER

Plaintiff has filed a motion (Doc. 37) asking for the issuance of witness subpoenas. The motion (Doc. 37) is denied as premature. No evidentiary hearing has been scheduled. If one is scheduled, Plaintiff should submit his request for the issuance of witness subpoenas thirty days prior to the date of the hearing.

Plaintiff has also filed a motion (Doc. 45) on September 19, 2013, asking for an additional sixty days to file a reply brief. Defendants do not object (Doc. 46) to this request. The motion (Doc. 45) is granted. Plaintiff is given until **November 19, 2013,** to file his reply.

IT IS SO ORDERED this 9th day of October 2013.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE