IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RODNEY A. FOX                                                                                    PLAINTIFF

v.                                          Case No. 3:12-CV-03034

SHERIFF ROGER VICKERS; and NATHAN
ROGERS, Jail Administrator                                                                 DEFENDANTS

**O R D E R**

    Currently before the Court is the report and recommendations (Doc. 51) filed in this case on January 23, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. The time for filing objections has passed, and no objections have been filed by any party.

    The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Defendants' motion for summary judgment (Doc. 38) is GRANTED.

    Judgment will be entered accordingly.

    IT IS SO ORDERED this 26th day of February, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE